# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 04 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Tyler Lacaze                    *Principal*    United States
             YOB:    1995

Case Number:

M-20-2082-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 3, 2020__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that **Osman Ulises Guardado-Sanchez**, a citizen and national of Honduras, and Victor Valencia-Perez, a citizen and national of Mexico, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in San Manuel, Texas to the point of arrest near San Manuel, Texas, by way of motor vehicle,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ **FELONY**
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On October 3, 2020, an agent conducting highway operations on Highway 281 in San Manuel, Texas in an effort to disrupt the transportation of illegal aliens. As agents monitored the flow of traffic, they observed three (3) vehicles driving in tandem driving northbound toward the Falfurrias, Texas Border Patrol Station. As the vehicles passed the agents location, the agent observed five (5) individuals in an orange Dodge Caliber bearing temporary paper tags. The agent followed the vehicles and drove behind the orange Dodge which had no tint on the windows. The driver, Tyler Lacaze, begin acting nervously, and every few seconds kept looking back at the agents' service unit through the rearview mirror. The passengers sitting on the back seat were now ducking down and attempting to hide. As the agent drove next to the orange Dodge, Lacaze and the front passenger remained looking straight ahead never looked to either side and avoided any acknowledgement or visual contact with the agent. The lead vehicle then, drove north at a high rate of speed and the last vehicle slowed down considerably distancing themselves from the orange Dodge. The agent activated his emergency equipment lights and conducted a vehicle stop for an immigration inspection.

Continued on the attached sheet and made a part of this complaint:    [X] Yes  [ ] No

Complaint authorized by AUSA S. Dipiazza

/S/Margaret Gonzalez
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Margaret Gonzalez     Border Patrol Agent
Printed Name of Complainant

October 4, 2020  @ 3:51 pm    at    McAllen, Texas
Date                                 City and State

J. Scott Hacker         , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-20-2082-M

**RE:** Tyler Lacaze

**CONTINUATION:**

As the agent approached the driver, another agent questioned the front passenger regarding his immigrations status. The front passenger and the three (3) other passengers were determined to be illegally present in the United States and were placed under arrest. Lacaze was advised of his Miranda Rights and placed under arrest.

**Principal Sworn Statement:**
Tyler Lacaze was advised of his Miranda Rights and stated he understood his Rights but was unwilling to provide a sword statement.

**Material Witness 1 Sworn Statement:**
Osman Ulises Guardado-Sanchez, a citizen of Honduras, was advised of his Miranda Rights and stated he understood his Rights, and was willing to provide a sworn statement.
Guardado claims made his own smuggling arrangements and paid around $6,500.00 to $7,000.00 to be smuggled and $2,500.00 to cross the Rio Grande River. Guardado crossed the river on September 22, 2020, with twelve (12) other IAs and all were transported to a stash house.
On October 3, 2020, Guardado and two (2) other IAs were transported to a parking lot where they met up with a man driving a bright and odd color four (4) door car. Guardado claimed that the vehicle he was in when he was arrested, was the vehicle that picked-him up at the parking lot. Guardado entered the car and sat in the back seat between the other two (2) IAs. Guardado claimed when they entered the car, Lacaze told them "Hi guys, welcome this is my first trip" in English and said he giving them a ride up north. Guardado was unable to identify Lacaze on a USBP photo line-up.

**Material Witness 2 Sworn Statement:**
Victor Valencia-Perez, a citizen of Mexico, was advised of his Miranda Rights and stated he understood his Rights, and was willing to provide a sworn statement.

Valencia claims he made his own smuggling arrangements and agreed to pay a total of $1,500.00 USD to be smuggled to Houston, Texas. Valencia crossed the Rio Grande River six (6) days ago with seven (7) to eight (8) other illegal aliens (IA). Valencia was then picked up and transported to a stash house where he remained at until Saturday, October 3, 2020, when he and two (2) other IAs were transported to a parking lot where they met up with a man driving a yellow four (4) door car. Valencia was instructed by the initial driver to transfer into the car. Valencia entered the car and sat in the back seat behind the driver. Valencia, stated he couldn't understand driver much since the driver did not speak Spanish, but he claims Lacaze told them he would be taking them to Houston. Valencia was unable to identify Lacaze on a USBP photo line-up but claims the driver was skinny with short hair on the sides of his head and wore a pony tail. Which is consistent with the defendant's Physical appearance.